THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARCELLE JONES, <br><br> Plaintiff, <br><br> v. <br><br> ALLIANCE ONE RECEIVABLES MANAGEMENT, INC., <br><br> Defendant. | CASE NO. C17-0890-JCC <br><br> MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiff's unopposed motion to dismiss (Dkt. No. 12). After review of the record, and pursuant to Federal Rule of Civil Procedure 41(a)(2), the Court finds that it is proper to GRANT Plaintiff's motion. Therefore, the Court DISMISSES Plaintiff's claims with prejudice. The Clerk is DIRECTED to close this case.

DATED this 20th day of November 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk